**Nos. 24-50721 & 25-50096 (cons.)**

# U.S. Court of Appeals for the Fifth Circuit

COMPUTER & COMMUNICATIONS INDUSTRY ASS'N; NETCHOICE, L.L.C.,
*Plaintiffs-Appellees*,
*v.*
KEN PAXTON, ATTORNEY GENERAL, STATE OF TEXAS,
*Defendant-Appellant*,

*consolidated with*

STUDENTS ENGAGED IN ADVANCING TEXAS; M.F., *by and through next friend*, VANESSA FERNANDEZ; AMPERSAND GROUP, L.L.C.; BRANDON CLOSSON,
*Plaintiffs-Appellees*,
*v.*
KEN PAXTON, ATTORNEY GENERAL, STATE OF TEXAS,
*Defendant-Appellant*.

On Appeals from the U.S. District Court for the Western District of Texas
Nos. 1:24-cv-849 & 1:24-cv-945

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Ave., 27th Floor
Los Angeles, CA 90071

David M. Gossett
Chelsea T. Kelly
Marietta Catsambas
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005

Robert Corn-Revere
JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
bob.corn-revere@thefire.org
(215) 717-3473

Ambika Kumar
Caesar Kalinowski IV
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

*Counsel for Appellees Students Engaged In Advancing Texas, et al.*

**NOTICE OF WITHDRAWAL OF MARIETTA CATSAMBAS**

Pursuant to 5th Cir. R. 27.1.10, Appellees Students Engaged In Advancing Texas, M.F., by and through next friend, Vanessa Fernandez; Ampersand Group, L.L.C.; and Brandon Closson, respectfully provide notice that Marietta Catsambas is withdrawing her appearance as counsel for Appellees. Adam S. Sieff, David M. Gossett, Ambika Kumar, and Caesar Kalinowski IV of Davis Wright Tremaine LLP, and Robert Corn-Revere and JT Morris of the Foundation for Individual Rights and Expression, will continue to represent Appellees in this matter.

Appellees also request the Clerk remove Ms. Catsambas from the CM/ECF service list in the above-captioned matter, and direct all parties that she need not be served with any future pleadings, motions, or other papers in this matter.

Dated: June 4, 2026

Respectfully submitted,

/s/ Marietta Catsambas
Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Ave., 27th Floor
Los Angeles, CA 90071

David M. Gossett
Chelsea T. Kelly
Marietta Catsambas
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005

/s/ Robert Corn-Revere
Robert Corn-Revere
JT Morris
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
bob.corn-revere@thefire.org
(215) 717-3473

Ambika Kumar
Caesar Kalinowski IV
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

*Counsel for Appellees*
*Students Engaged In Advancing Texas, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF system, which will provide notification of such filing to all counsel of record.

*/s/ Marietta Catsambas*
Marietta Catsambas